USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  19-Cr-795 (SHS)

    -against-  :

KEVIN ROSADO,  :  <u>ORDER</u>

        Defendant(s).  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
      March 2, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.